IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD T. FURNACE, | No. C 06-3374 MMC (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| PAUL SULLIVAN, et al., | |
| Defendants. | |

On May 23, 2006, plaintiff, a California prisoner proceeding pro se, filed the above-titled civil rights action. On September 7, 2007, plaintiff filed a notice of voluntary dismissal of the action without prejudice. A plaintiff has an absolute right to dismiss his or her action by filing a notice of dismissal "at any time before service by the adverse party of an answer or of a motion for summary judgment." See Fed. R. Civ. P. 41(a)(1)(i). To date, defendants have not filed an answer or otherwise responded to the complaint. Accordingly, the above-titled action is hereby DISMISSED without prejudice.

The Clerk shall close the file.

IT IS SO ORDERED.

DATED: September 19, 2007

_____
MAXINE M. CHESNEY
United States District Judge